GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
SERVICE FINANCE COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA E. CASTRONOVA,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES LLC;<br>SERVICE FINANCE COMPANY, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02580-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

**COMES NOW**, Defendant, SERVICE FINANCE COMPANY, LLC, by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, MONIKA E. CASTRONOVA, by and through her attorney of record, DAVID KRIEGER, ESQ., of the law firm of HAINES & KRIEGER, LLC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed her Complaint on October 4, 2017;

WHEREAS, Defendant's current deadline to file its Response to the Complaint is approximately October 27, 2017;

//

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including November 27, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant SERVICE FINANCE COMPANY, LLC, shall have up to and including November 27, 2017 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 24th day of October, 2017.

| | |
|---|---|
| *//s/ David Krieger, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| David Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. 200 |
| Henderson, NV 89123 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| MONIKA E. CASTRONOVA | SERVICE FINANCE COMPANY, LLC |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS ORDERED.**

DATED this  25th  day of October, 2017.

_____
United States Magistrate Judge

2